**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OCT X 9 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)  **03CR0978**
v. )
) Violations: Title 18, United
) States Code, Section 401(3)
ABDELHALEEM HASAN ABDELRAZIQ ASHQAR )

**COUNT ONE**

JUDGE AMY ST. EVE

The SPECIAL NOVEMBER 2002 GRAND JURY charges:    MAGISTRATE JUDGE KEYS

1.  At all times material to this indictment:

    (a) A federal grand jury investigation was occurring before the Special April 2002 Grand Jury (02 GJ 369) in which the grand jury was actively involved in the investigation of the organization known as Hamas and members of Hamas for violation of various federal statutes, including, among others, the following provisions of Title 18 of the United States Code: Sections 1961 and 1962 (racketeering); Section 2339A (material support to terrorists); Section 2339B (material support to designated foreign terrorist organizations); Section 2339C (financing of terrorism); Section 956 (conspiracy to kill, kidnap, maim or injure persons or damage property in a foreign country); Section 2332 (killing of a United States national); Sections 1956 and 1957 (money laundering); Section 1341 (mail fraud); Section 1343 (wire fraud); Section 1001 (false statements to a government official); and Section 1512 (obstruction of justice).

    (b) On or about June 25, 2003, defendant ABDELHALEEM HASAN ABDELRAZIQ ASHQAR appeared before Chief Judge Charles P. Kocoras. Chief Judge Kocoras entered an order compelling defendant ABDELHALEEM HASAN ABDELRAZIQ ASHQAR to

testify before the Special April 2002 Grand Jury, pursuant to Title 18, United States Code, Sections 6002 and 6003 (the "Compulsion Order").

(c) On or about June 25, 2003, defendant ABDELHALEEM HASAN ABDELRAZIQ ASHQAR appeared before the Special April 2002 Grand Jury and was asked a series of questions, including, among others, questions about Hamas and members of Hamas, as well as questions regarding defendant ASHQAR's personal and professional background, including his place of birth, his employment history in the United States, and whether he personally was a member of Hamas. Defendant ABDELHALEEM HASAN ABDELRAZIQ ASHQAR refused to answer those questions.

2. On or about June 25, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

ABDELHALEEM HASAN ABDELRAZIQ ASHQAR,

defendant herein, did knowingly and willfully disobey and resist a lawful order and command of the Court, namely, to testify before the Special April 2002 Grand Jury (02 GJ 369), in that he refused to answer questions put to him during his grand jury appearance.

In violation of Title 18, United States Code, Section 401(3).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA

vs.

ABDELHALEEM HASAN ABDELRAZIQ ASHQAR

**I N D I C T M E N T**

Violation(s): 18 U.S.C. §§ 401(3) and 1503

A true bill,

_____
Foreman

Filed in open court this __12__ day of _October_, A.D. __2003__

MICHAEL W. DOBBINS

_____
Clerk

Bail, $ _____