02cr 978-1



STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

## AFFIDAVIT

**ABDELHALEEM ASHQAR**, having been first duly sworn, upon oath, states as follows:

1. I am the defendant in these proceedings and have received the March 26, 2004, letter the government provided my attorney, Thomas Anthony Durkin, regarding a potential conflict based upon his representation of Mohammad Jarad. A copy of the letter is attached hereto.

2. I desire to have Mr. Durkin, and his law firm, Durkin & Roberts, represent me in these proceedings along with attorney Michael Kennedy of New York City. I have been fully advised of my right to be represented by "conflict-free" counsel by both Mr. Durkin and Mr. Kennedy, and I am fully aware that I could choose to hire an attorney who did not represent another person who has been subpoenaed by the grand jury.

3. I am also mindful of the fact, as the government letter states, that should circumstances change and a serious potential conflict or actual conflict of interest arises, I might have to obtain new counsel. While I acknowledge such a possibility, I still wish for Mr. Durkin to represent me.

4. Nothing in this affidavit should be construed, however, as suggesting that I agree with the government's assessment with respect to whether a potential conflict might exist.

_Abdelhaleem Ashqar_
**ABDELHALEEM ASHQAR**

Subscribed and Sworn to before me
this 5 day of May, 2004

_Paula Castano_
Notary Public

> **OFFICIAL SEAL**
> **PAULA F CASTANO**
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:03/12/08

36



**U. S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Reid J. Schar* | *Dirksen Federal Building* | *Direct Line: (312) 353 8897* |
| *Assistant United States Attorney* | *219 South Dearborn Street, Fifth Floor* | *Fax. (312) 353 4324* |
| | *Chicago, Illinois 60604* | |

March 26, 2004

## VIA FACSIMILE & U.S. MAIL

Thomas A. Durkin
Durkin & Roberts
53 West Jackson Blvd.
Suite 615
Chicago, Illinois 60604

      Re:    United States v. Ashqar (03 CR 978)

Dear Mr. Durkin:

We have reviewed the issue of your representation of both Abdelhaleem Ashqar and Mohammad Jarad for possible conflict of interest. Within the <u>narrow</u> scope of the indictment currently pending against Ashqar, it is our present view that neither a serious potential conflict nor actual conflict of interest exist that prohibits your present representation of Ashqar and Jarad.

Both you and your clients should be aware, however, that circumstances could change in the future to present either a serious potential conflict or actual conflict of interest so that, in the government's view, your representation of both Ashqar and Jarad would be improper. Your clients should be aware that if such a conflict arises and you are no longer able to represent them, they will have to obtain new counsel.

In addition, we think it is appropriate for both Ashqar and Jarad to provide the Court with voluntary waivers of any current potential conflicts of interest.

MAR 2 9 2004

Thank you for your time and consideration in this matter.

Sincerely,

PATRICK J. FITZGERALD
United States Attorney

By:

Joseph Ferguson
Reid Schar
Assistant United States Attorneys