UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE AMY ST. EVE

UNITED STATES OF AMERICA

**FILED**

v.

JUN 2 4 2004

ABDELHALEEM HASAN ABDELRAZIQ ASHQAR

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

)
)
)
)
)
)
)
)
)
)

No. 03 CR 978

Violations: Title 18, United
States Code, Sections 401(3)
and 1503

**Superseding Indictment**

## COUNT ONE

MAGISTRATE JUDGE KEYS

The SPECIAL AUGUST 2003-2 GRAND JURY charges:

1. At all times material to this indictment:

(a) A federal grand jury investigation was occurring before the Special April 2002 Grand Jury (02 GJ 369) in which the grand jury was actively involved in the investigation of the organization known as Hamas and members of Hamas for violation of various federal statutes, including, among others, the following provisions of Title 18 of the United States Code: Sections 1961 and 1962 (racketeering); Section 2339A (material support to terrorists); Section 2339B (material support to designated foreign terrorist organizations); Section 2339C (financing of terrorism); Section 956 (conspiracy to kill, kidnap, maim or injure persons or damage property in a foreign country); Section 2332 (killing of a United States national); Sections 1956 and 1957 (money laundering); Section 1341 (mail fraud); Section 1343 (wire fraud); Section 1001 (false statements to a government official); and Section 1512 (obstruction of justice).

(b) On or about June 25, 2003, defendant ABDELHALEEM HASAN ABDELRAZIQ ASHQAR appeared before Chief Judge Charles P. Kocoras. Chief Judge Kocoras entered an order compelling defendant ABDELHALEEM HASAN ABDELRAZIQ ASHQAR to

testify before the Special April 2002 Grand Jury, pursuant to Title 18, United States Code, Sections 6002 and 6003 (the "Compulsion Order").

(c)     On or about June 25, 2003, defendant ABDELHALEEM HASAN ABDELRAZIQ ASHQAR appeared before the Special April 2002 Grand Jury and was asked a series of questions, including, among others, questions about Hamas and members of Hamas, as well as questions regarding defendant ASHQAR's personal and professional background, including his place of birth, his employment history in the United States, and whether he personally was a member of Hamas.  Defendant ABDELHALEEM HASAN ABDELRAZIQ ASHQAR refused to answer those questions.

2.     On or about June 25, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

ABDELHALEEM HASAN ABDELRAZIQ ASHQAR,

defendant herein, did knowingly and willfully disobey and resist a lawful order and command of the Court, namely, to testify before the Special April 2002 Grand Jury (02 GJ 369), in that he refused to answer questions put to him during his grand jury appearance.

In violation of Title 18, United States Code, Section 401(3).

## COUNT TWO

The SPECIAL AUGUST 2003-2 GRAND JURY further charges:

1.      Paragraph 1 of Count One is incorporated and realleged as though fully set forth herein.

2.      From June 25, 2003, and continuing to October 9, 2003, defendant ABDELHALEEM HASAN ABDELRAZIQ ASHQAR continued to refuse to answer questions before the Special April 2002 Grand Jury (02 GJ 369) despite the Compulsion Order.

3.      Beginning on or about June 25, 2003 and continuing until October 9, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

ABDELHALEEM HASAN ABDELRAZIQ ASHQAR,

defendant herein, corruptly influenced, obstructed, and impeded the due administration of justice, and endeavored to do so, by refusing to testify before the Special April 2002 Grand Jury (02 GJ 369) which was investigating Hamas and members of Hamas, after having been ordered and compelled to do so;

In violation of Title 18, United States Code, Section 1503.


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY

3

Case: 1:03-cr-00978 Document #: 47 Filed: 06/24/04 Page 4 of 4 PageID #:90

No. 03 CR 978

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

vs.

ABDELHALEEM HASAN ADBELRAZIQ ASHQAR

**S U P E R S E D I N G**
**I N f O R M A T I O N**

Violation(s):  18 U.S.C. 401(3) AND 1503

A true bill,

_____
Foreman

Filed in open court this ___ day of _____ A.D. 19 2004

_____
Clerk

Bail, $_____
Deputy