**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**F I L E D**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **OCT 1 5 2004** |
| | ) | |
| Plaintiff, | ) | MICHAEL W. DOBBINS |
| | ) | CLERK, U.S. DISTRICT COURT |
| v. | ) | No. 03 CR 978 |
| | ) | Judge Amy J. St. Eve |
| ABDELHALEEM ASHQAR, | ) | **DOCKETED** |
| | ) | |
| Defendant. | ) | OCT 1 8 2004 |

## NOTICE OF FILING

To: **By Hand Delivery**
Joseph M. Ferguson
Reid Schar
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

**PLEASE TAKE NOTICE,** that on this 15th day of October, 2004, the undersigned filed

or caused to be filed with the Clerk of the District Court for the Northern District of Illinois, at

Chicago, Illinois, the foregoing Defendant's Supplemental Motion to Modify Conditions of

Pretrial Release for Medical Treatment, a copy of which is hereby served upon you.

_____
**THOMAS ANTHONY DURKIN,** One of
the Attorneys for Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

94

## CERTIFICATE OF SERVICE

**THOMAS ANTHONY DURKIN**, attorney at law, hereby certifies that on October 15,

2004, he served, or caused to be served, the foregoing pleading on the following attorneys of

record by hand delivery:

Joseph M. Ferguson
Reid Schar
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

**THOMAS ANTHONY DURKIN**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FILED**

OCT 1 5 2004

~~MICHAEL W. DOBBINS~~
~~CLERK, U.S. DISTRICT COURT~~

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 978 |
| | ) | Judge Amy J. St. Eve |
| ABDELHALEEM ASHQAR, | ) | |
| | ) | |
| Defendant. | ) | |

**DOCKETED**

OCT 1 8 2004

### DEFENDANT'S SUPPLEMENTAL MOTION TO MODIFY
### CONDITIONS OF PRETRIAL RELEASE FOR MEDICAL TREATMENT

Defendant, **ABDELHALEEM ASHQAR**, by one of his attorneys, **THOMAS ANTHONY DURKIN**, pursuant to 18 U.S.C. § 3142(c)(B)(3) and § 3145(a)(2), respectfully requests that this Court enter its order modifying the conditions of his pretrial release to permit Defendant to make certain additional medical appointments made necessary by the medical visits this Court approved in its order of September 29, 2004.

In support of his motion, Defendant, through counsel, shows to the Court the following:

1. On September 28, 2004, Defendant, filed an Emergency Motion to Modify Conditions of Pretrial Release so that Defendant be permitted to make certain medical visits with his treating physician and dentist.

2. On September 29, 2004, the Court granted Defendant's motion permitting him to attend these appointments, provided that Pretrial Services was notified and the Defendant's whereabouts be monitored by active tracking when he leaves his residence. A copy of said order, marked Exhibit A, is attached hereto and made part hereof.

3. As a result of his September 30, 2004, appointment with his treating physician,

94

Mohammed Akbar, M.D., it is the treating physician's opinion that Defendant is in need of further treatment by both an orthopedic specialist and an endocrinologist. See, the attached letter of Dr. Akbar, dated October 15, 2004, marked Exhibit B.

4.      Defendant has made an appointment with the orthopedic specialist, Steven Neufeld, M.D., for October 25, 2004 at 1:00 P.M. In addition, Defendant has made an appointment to see the endocrinologist, Dr. Coo, on October 26, 2004 at 10:00 A.M.

5.      Both the attorneys for the government and the pre-trial services officers in Virginia and Chicago have been appraised of the basis of this motion.

WHEREFORE, Defendant respectfully requests that this Court enter its order modifying his pretrial release so as to permit him to make medical appointments referred to herein.

Respectfully submitted,

**THOMAS ANTHONY DURKIN,**
Attorney for Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Michael W. Dobbins
    CLERK

Office of the Clerk

Thomas Anthony Durkin
Durkin & Roberts
53 West Jackson Boulevard
Suite 615
Chicago, IL  60604

---

    Case Number:  1:03-cr-00978

    Title:  USA v. Marzook

Assigned Judge: Honorable Amy J. St. Eve

**RECEIVED**
OCT 0 1 2004
BY:_____

MINUTE ORDER of 9/29/04 by Hon. Amy J. St. Eve as to
Abdelhaleem Hasan Abdelraziq Ashqar :  Status hearing
reset from 9/29/04 at 9:00 a.m Defendant's emergency
motion to modify conditions of pretrial release [90-1] is
granted. The release order is modified to include (1) a
10/6/04 doctor's appointment with Dr. Akbar, M.D.; (2) an
appointment with a physician to treat Ashqar's current flu
condition; and (3) one follow up dentist treatment. The
Government is to contact the pretrial services officer in
Virginia, as stated in open court. Defendant to inform the
pretrial services officer of the dates and times of his
medical appointments. Mailed notice

This docket entry was made by the Clerk on September 30, 2004

ATTENTION:  This notice is being sent pursuant to Rule 77(d) of the
             Federal Rules of Civil Procedure or Rule 49(c) of the Federal
             Rules of Criminal Procedure.  It was generated by ICMS,
             the automated docketing system used to maintain the civil and
             criminal dockets of this District.  If a minute order or
             other document is enclosed, please refer to it for
             additional information.

For scheduled events, motion practices, recent opinions and other information,
visit our web site at www.ilnd.uscourts.gov

Check our web site for CourtWeb--a concise listing of rulings by judges.
Check for rulings on noticed motions.  Also, subscribe to CourtWatch--a free


DEFENDANT'S
EXHIBIT
A

Oct 15 04 12:23p    Abdelhaleem Ashqar        703-924-1610              p.3

## Mohammad Akbar, M.D.

Diplomate American Board of Internal Medicine
611 S. Carlin Springs Rd. #401
Arlington, VA 22204
Tel. (703) 671-7772

October 15, 2004

REG: Abdelhaleem Ashqar
DOB: 8/18/58
SS#: 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

To Whom It May Concern:

Mr. Abdelhaleem Ashqar was seen in my office on 9/30/04. He is suffering from heel pain and hyperlipidimia.

Due to his medical condition I referred him to see Dr. Neufeld who is an orthopedic and Dr. Coo who is an endocrinologist.

He will see them and they will determine his future medical care and follow up visits.

Sincerely,

Mohammad Akbar, M.D.

Blumberg No. 5114

DEFENDANT'S
EXHIBIT
B