UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**
OCT 1 9 2004

UNITED STATES OF AMERICA, )
)
)
v. )
)
MUHAMMAD HAMID KHALIL )
SALAH, et al., )
)
)
)
)
)
)
)
)
) No. 03 CR 978-2
) Judge Amy St. Eve

## FORFEITURE AGREEMENT VIII

Pursuant to the Pretrial Release Order entered in the above-named case on September 15, 2004, and for and in consideration of bond being set by the Court for defendant MUHAMMAD HAMID KHALIL SALAH in the amount of $1.4 million being partially secured by real property, Mohammed Sahloul and Suzanne Sahloul hereby warrant and agree:

1. Mohammed Sahloul and Suzanne Sahloul warrant that they are the sole record owners and titleholders of certain real property located at 9125 South Beloit, Bridgeview, Illinois, described legally as follows:

> LOT 37 IN JOHN A. EGANS' "FALCON RIDGE ESTATES" BEING A SUBDIVISION OF THE SOUTH 5 ACRES OF THE NORTHEAST QUARTER AND THE NORTH 40 ACRES OF THE SOUTHEAST QUARTER TAKEN AS A TRACT, EXCEPTING FROM SAID PREMISES, THE 19.787 ACRES, RECORDED AS DOCUMENT 86169014 RECORDED APRIL 30, 1986 AND 86617801 RECORDED DECEMBER 24, 1986, ALSO EXCEPTING THAT PORTION THEREOF

CONVEYED TO CHICAGO AND CALUMET TERMINAL RAILROAD AND EXCEPT PART CONVEYED TO BALTIMORE AND OHIO RAILROAD BY DEED RECORDED AS DOCUMENT 10601188, AND FURTHER EXCEPTING THE WEST 297 FEET OF THE SOUTH 5 ACRES OF THE NORTHWEST QUARTER AND THE NORTH 40 ACRES OF THE SOUTHWEST QUARTER (TAKEN AS TRACT), ALL LYING IN SECTION 1, TOWNSHIP 37 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL, IN COOK COUNTY, ILLINOIS, ACCORDING TO PLAT THEREOF RECORDED APRIL 27, 1994 AS DOCUMENT 94378678.

PIN: 23-01-418-014-0000.

Mohammed Sahloul and Suzanne Sahloul have provided proof of their ownership interest in this property by presenting a Quit Claim Deed recorded by the Cook County Recorder of Deeds on February 9, 2004, as document number 0404031114.

2. Mohammed Sahloul and Suzanne Sahloul warrant that the fair market value of the property is approximately $340,000. Mohammed Sahloul and Suzanne Sahloul agree that $340,000 of their equitable interest in the above-described real property shall be forfeited to the United States of America, should the defendant MUHAMMAD HAMID KHALIL SALAH fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. Mohammed Sahloul and Suzanne Sahloul have received a copy of the Court's release order and understand its terms and conditions. Further, the sureties understand that the only notice they will receive is notice of court proceedings.

3. Mohammed Sahloul and Suzanne Sahloul further agree to execute a quitclaim deed in favor of the United States of America, waiving any homestead exemption, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. Mohammed Sahloul and Suzanne Sahloul understand that should

defendant MUHAMMAD HAMID KHALIL SALAH fail to appear or otherwise violate any condition of the Court's order of release, the United States will obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. Mohammed Sahloul and Suzanne Sahloul further agree that they will maintain the subject property in good repair, pay all taxes, mortgage payments and other obligations thereon when due, and will take no action which could encumber the real property or diminish his interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. Mohammed Sahloul and Suzanne Sahloul further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant MUHAMMAD HAMID KHALIL SALAH, they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. Mohammed Sahloul and Suzanne Sahloul agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. Mohammed Sahloul and Suzanne Sahloul hereby declare under penalty of perjury that they have read the aforegoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be

3

considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 9-14-04

_____
MOHAMMED SAHLOUL
Surety

_____
SUZANNE SAHLOUL
Surety

_____
Witness
MARYAM A SALAH

After recording return to:

Tanya Sluder
United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

4