UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
)
v. )
)
MUHAMMAD HAMID KHALIL )
SALAH, et al., )
)
)
)
)
)
)
)
)
) No. 03 CR 978-2
) Judge Amy St. Eve

### FORFEITURE AGREEMENT VII

Pursuant to the Pretrial Release Order entered in the above-named case on September 15, 2004, and for and in consideration of bond being set by the Court for defendant MUHAMMAD HAMID KHALIL SALAH, in the amount of $1.4 million being partially secured by real property, Abdul Malik and Sulaima Sabahat now known as Abdul Malik Mujahid and Sulaima Sabahat Mujahid, hereby warrant and agree:

1. Abdul Malik Mujahid and Sulaima Sabahat Mujahid warrant that they are the sole record owner and titleholder of certain real property located at 16955 Jodave Avenue, Hazel Crest, Illinois, described legally as follows:

> LOTS 32, 33, 34 AND 35 IN BLOCK 5 IN SOUTH HARVEY, SUBDIVISION OF THE SOUTH ½ OF THE NORTH EAST 1/4 OF SECTION 30, TOWNSHIP 36 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PIN: 29-30-219-044-0000.

Abdul Malik Mujahid and Sulaima Sabahat Mujahid have provided proof of their ownership interest in this property by presenting a Warranty Deed recorded by the Cook County Recorder of Deeds as document number 92145430.

2. Abdul Malik Mujahid and Sulaima Sabahat Mujahid warrant that there are no outstanding mortgages/liens on the property and that their equity in the real property is approximately $117,000. Abdul Malik Mujahid and Sulaima Sabahat Mujahid agree that their equitable interest in the above-described real property shall be forfeited to the United States of America, should the defendant MUHAMMAD HAMID KHALIL SALAH fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. Abdul Malik Mujahid and Sulaima Sabahat Mujahid have received a copy of the Court's release order and understands its terms and conditions. Further, the sureties understand that the only notice they will receive is notice of court proceedings.

3. Abdul Malik Mujahid and Sulaima Sabahat Mujahid further agree to execute a quitclaim deed in favor of the United States of America, waiving any homestead exemption, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. Abdul Malik Mujahid and Sulaima Sabahat Mujahid understand that should defendant MUHAMMAD HAMID KHALIL SALAH fail to appear or otherwise violate any condition of the Court's order of release, the United States will obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real

property and satisfy the obligation arising from a breach of the bond.

4. Abdul Malik Mujahid and Sulaima Sabahat Mujahid further agree that they will maintain the subject property in good repair, pay all taxes, mortgage payments and other obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. Abdul Malik Mujahid and Sulaima Sabahat Mujahid further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant MUHAMMAD HAMID KHALIL SALAH, they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. Abdul Malik Mujahid and Sulaima Sabahat Mujahid agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. Abdul Malik Mujahid and Sulaima Sabahat Mujahid hereby declare under penalty of perjury that they have read the aforegoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement

will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: Sept. 14, 2004

_____
ABDUL MALIK MUJAHID
Surety

_____
SULAIMA SABAHAT MUJAHID
Surety

_____
Witness
MARYAM A. SALAH

After recording return to:

Tanya Sluder
United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604