## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 03 CR 978 |
| | ) Judge Amy J. St. Eve |
| ABDELHALEEM ASHQAR, | ) |
| | ) |
| Defendant. | ) |

**FILED**

DEC 2 1 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKETED**
DEC 2 2 2004

### NOTICE OF FILING

To:  **By Hand Delivery**
Joseph M. Ferguson
Reid Schar
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

**PLEASE TAKE NOTICE**, that on this 21st day of December, 2004, the undersigned

filed or caused to be filed with the Clerk of the District Court for the Northern District of Illinois,

at Chicago, Illinois, the foregoing Defendant's Emergency Motion to Modify Conditions of

Pretrial Release to Permit Him to Travel to Attend the Funeral of His Murdered Sister-in-Law, a

copy of which is hereby served upon you.

**THOMAS ANTHONY DURKIN**, One of
the Attorneys for Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 913-9300

131

## CERTIFICATE OF SERVICE

**THOMAS ANTHONY DURKIN**, attorney at law, hereby certifies that on October 15,

2004, he served, or caused to be served, the foregoing pleading on the following attorneys of

record by hand delivery:

Joseph M. Ferguson
Reid Schar
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

**THOMAS ANTHONY DURKIN**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      v.                        )      No. 03 CR 978
                                )      Judge Amy J. St. Eve
ABDELHALEEM ASHQAR,             )
                                )
            Defendant.          )

**FILED**

**DEC 2 1 2004**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**DOCKETED**

**- - 2 2 2004**

### DEFENDANT'S EMERGENCY MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO PERMIT HIM TO TRAVEL TO ATTEND THE FUNERAL OF HIS MURDERED SISTER-IN-LAW

Defendant, **ABDELHALEEM ASHQAR**, by one of his attorneys, **THOMAS ANTHONY DURKIN**, pursuant to 18 U.S.C. § 3142(c)(B)(3) and § 3145(a)(2), respectfully requests that this Court enter its order modifying the conditions of his pretrial release to permit Defendant to attend the funeral, visitation, and religious service of his wife's sister who was brutally stabbed to death in Louisiana on Friday, December 17, 2004.

In support of his motion, Defendant, through counsel, shows to the Court the following:

1.      On September 15, 2004, this Court issued its order setting conditions of release for Defendant after the return of the superceding indictment. The essential conditions of the release order required the execution of a $2,600,000.00 bond, secured by certain property, along with home incarceration monitored by the electronic monitoring program and with pre-approval of pre trial services for any travel from Defendant's home in the Eastern District of Virginia to this District for court appearances or to visit his attorneys in Chicago or New York. Defendant is not permitted any other release from the home incarceration.

*131*

2.      As this court is well aware, the Defendant had consistently abided by the conditions of his prior release order of November 3, 2003 for the more than ten months that release was in effect.  Defendant had no violations of the terms of that bond, and to date has conscientiously abided by all of the conditions of the new release order.

3.      On the morning of December 17, 2004, Iman Muhanna Mohammed, age 42, was found brutally stabbed to death at her home at 2209 W. Sibley Street, Metairie, Louisiana.  Ms. Mohammed, who was also five months pregnant, is the sister of Defendant's wife, Asma Ashqar.  A copy of the *Times-Picayune* news story of the murder is attached hereto and made part hereof.

4.      Defendant's wife, Asma, and her mother immediately flew to Louisiana on Saturday and will be accompanying the body as it is flown from Louisana to Washington, D.C. tomorrow, Wednesday, December 22, 2004.

5.      Both the attorneys for the government and the pre-trial services officers in Virginia and Chicago have been appraised of these developments on almost a daily basis since Saturday, and are aware of the details for the funeral, visitation and religious service.  A copy of the details are attached hereto and made part hereof. The government attorneys and pre-trial service officers are also aware of the filing of this motion and will be available to consult with the Court, if necessary.

6.      Accordingly, counsel would request that Defendant's release conditions be modified to permit him to attend the funeral, visitation, and religious services at the times set forth therein, upon notice to the pre-trial service officers, and use of the global positioning system which is available in Virginia.

Respectfully submitted,

**THOMAS ANTHONY DURKIN,**
Attorney for Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 913-9300

The Times-Picayune

# Pregnant Woman Found Fatally Stabbed in Home

**Metairie man discovers his wife's body in an upstairs bedroom**

*Saturday, December 18, 2004*
*By Michelle Hunter and Paul Purpura*
*Staff writers*

A pregnant teacher was stabbed to death in her bedroom Friday morning, her body discovered by her husband when he returned home from taking their children to school.

Iman Muhanna Mohammed, 42, was found in an upstairs bedroom at 2209 N. Sibley St. in west Metairie about 11:15 a.m., a Jefferson Parish Sheriff's Office spokesman said. Investigators said she had been stabbed several times. They had no immediate motive or suspects.

Authorities said Mohammed's husband, Fakhri Mohammed, 45, left the house at 7:30 a.m. to drive the couple's two children to the Muslim Academy in Harvey, where Iman Mohammed was a teacher. Six months pregnant with a girl, Mohammed was on maternity leave, the principal said.

After bringing the children to school, her husband, a cab driver, picked up a fare at Louis Armstrong International Airport and took the customer to New Orleans, returned to the airport, then went home, Sheriff Harry Lee said.

As word of the killing spread, family friends trickled to the house just south of West Napoleon Avenue to console Mohammed, who sat in a chair in a neighbor's driveway. Two women, friends of the victim, wept throughout the morning as investigators moved in and out of the two-story brick house.

Next-door neighbor Gina Breck, 35, said she was at home on her treadmill when Fakhri Mohammed banged on her front door in a panic. He told Breck that someone had killed his wife.

The two went to his house. Once inside, Breck said she noticed blood on the entryway floor. She pulled Mohammed back outside, and they left to call 911.

"It's scary," Breck said. "It's a quiet neighborhood, so you don't expect something like this."

Col. John Fortunato, Sheriff's Office spokesman, said there appeared to have been a struggle inside the house but would not release details of the crime scene. Lee said the weapon used to kill Mohammed was not found.

At the Muslim Academy, the couple's children, a girl in eighth grade and a boy in third grade, were sent home so their father could tell them what happened, Principal Nabil Ahmad said. The girl was her stepdaughter, the boy her natural offspring. Ahmad broke the news to the teaching staff after classes ended for the day.

"The teachers were all in a sad mood, crying," he said.

Though on sabbatical, Iman Mohammed had visited the school Dec. 10 for a baby shower thrown for another

12/21/2004

pregnant teacher, he said.

Mohammed had worked at the school for four years teaching mathematics, science and social studies but focusing on Islamic studies and Arabic, Ahmad said. A Palestinian by birth, she had lived in the United States for about 10 years and was a U.S. citizen.

"She was a wonderful teacher, excellent teacher," Ahmad said. "We were excited to get her back from her maternity leave."

Neighbors described the Mohammeds as a friendly family with no signs of discord. When they moved onto North Sibley about two years ago, neighbor Jack Peterson, 59, said, Fakhri Mohammed threw an open house and invited the entire block to meet his family.

"They are good neighbors," he said.

Zuheir Hamed, a family friend whose daughter was a student of Mohammed's, and other mourners expressed concern that her killing could be a hate crime fueled by the family's practice of Islam. Since the 2001 terrorist attacks on the United States, Hamed said, Muslims in this country sometimes have encountered prejudice and anger.

"She was an innocent," Hamed said. "This is a woman with kids. She was a schoolteacher. She's not involved with anything like that. She was a good woman."

Fortunato said Sheriff's Office detectives found nothing to indicate a hate crime but are investigating the killing.
. . . . . . .

Anyone with information about the case is asked to call the Sheriff's Office investigation bureau at (504) 364-5300 or Crimestoppers at (504) 822-1111. Callers to Crimestoppers do not have to give their names to be eligible for a reward of as much as $2,500 for information leading to the arrest and indictment of a suspect.

Michelle Hunter may be reached at mhunter@timespicayune.com or (504) 883-7054. Paul Purpura may be reached at ppurpura@timespicayune.com or (504) 826-3791.

# Thomas A. Durkin

**From:** ASHQAR@aol.com

**Sent:** Tuesday, December 21, 2004 12:13 PM

**To:** tdurkin@durkinroberts.com

**Cc:** yswiatek@durkinroberts.com

**Subject:** Funeral Permission

Dear Mr. Durkin:
The body has been released so the arrangements are as follow"

Before noon: the arrival of the coffin and the family to Reagan National Airport

12:00pm-1:15pm Religious service at Dar Alhijrah Islamic Center (3159 Row Street, Falls Church, VA 22044
1:15-2:15 trip to the cemetry (Cascades & Church Road), Sterling, VA 20166)
2:15-4:30 Burial

6:00pm-10:30pm Visitation at Dar Alhijrah Islamic Center (3159 Row Street, Falls Church, VA 22044

10:30-11:15 Getting home

I,d appreciate if you can get me the permission to make it

Thanks

Abdelhaleem

12/21/2004