

**FILED**

**APRIL 19, 2005**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 03 CR 978 |
| v. | ) | |
| | ) | Judge Amy J. St. Eve |
| | ) | |
| MOUSA MOHAMMED | ) | |
| MARZOOK, *et al.*, | ) | |
| | ) | |
| Defendants . | ) | |

**MOTION TO MODIFY CONDITIONS OF MUHAMMAD SALAH'S BOND**

Now comes the defendant, Muhummad Salah by his undersigned counsel and respectfully requests that this Court modify the conditions of his bond, to allow him to attend several end of the school related events for his children; In support of this request Mr. Salah states the following:

1. On Wednesday, June 1, 2005, Mr. Salah's daughter has a graduation dinner and award ceremony between 5:30 and 9:30 p.m. at Belvedere Chateau, 8055 W. 103rd St., Plaos Hills, Illinois, about 1-1/2 miles from his home. Mr. Salah requests permission to attend this ceremony.

2. The graduation ceremony itself will be held on June 5, 2005, between 4:00 and 7:00 p.m. at Universal School, one-half block from the Salah home. Mr. Salah requests permission to attend the graduation.

3. On Sunday May, 8, 2005, there is the annual Family and Alumni Brunch for Mr.Salah's oldest son who attends Northwestern University. The event is at the Louis Room,

Norris Center, Northwestern University, Evanston, Illinois from 10:00 a.m. to 2:00 p.m. Mr. Salah requests permission to attend this event for his son.

4. The "All School Program" is May 6, 2005 for Mr. Salah's two youngest children, 4 and 6, at the Universal School from 6:00 p.m. to 9:00 p.m. Mr. Salah requests permission to attend this event for his two youngest children.

5. The Universal school also sponsors a "Fun Fair" on May 29, 2005 between 1:00 o'clock p.m. and 5 o'clock p.m. for Mr. Salah's two youngest children. Mr. Salah requests permission to attend this event with his children.

6. Mr. Salah's four year-old daughter will graduate pre-school at the Universal School on June 3, 2005 between 10:00 a.m and 12:00 P.M. Mr. Salah requests permission to attend his daughter's graduation.

7. Mr. Tony Raya, the pre-rial service officer, has been informed of these requests and has no objection.

Wherefore, Mr. Salah requests permission to attend the above enumerated events, on the above dates at the stated times.

Dated: April 19, 2005

Respectfully submitted,

Michael E. Deutsch
One of Mr. Salah's Attorneys
1180 N. Milwaukee Ave.
Chicago, Il 60622
773-235-0070

2