

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 978 |
| | ) | Judge Amy J. St. Eve |
| ABDELHALEEM ASHQAR, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:   **By Hand Delivery**
Joseph M. Ferguson
Reid Schar
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

**FILED**

APR 1 8 2005
APR 18 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PLEASE TAKE NOTICE,** that on this 18th day of April, 2005, the undersigned filed or

caused to be filed with the Clerk of the District Court for the Northern District of Illinois, at

Chicago, Illinois, the foregoing Defendant's Motion to Adopt and For Additional Discovery, a

copy of which is hereby served upon you.

_____
**THOMAS ANTHONY DURKIN,** One of
the Attorneys for Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

## CERTIFICATE OF SERVICE

**THOMAS ANTHONY DURKIN**, attorney at law, hereby certifies that on April 18,

2005, he served, or caused to be served, the foregoing pleading on the following attorneys of

record by hand delivery:

Joseph M. Ferguson
Reid Schar
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

_____
**THOMAS ANTHONY DURKIN**



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03 CR 978 |
| | ) | Judge Amy J. St. Eve |
| ABDELHALEEM ASHQAR, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**

CLERK MICHAEL W. DOBBINS
APR 1 8 2005
U.S. DISTRICT COURT

## DEFENDANT'S MOTION TO ADOPT AND FOR ADDITIONAL DISCOVERY

Defendant, **ABDELHALEEM ASHQAR**, by his attorneys, **THOMAS ANTHONY DURKIN, MARIAH E. MORAN**, and **MICHAEL J. KENNEDY**, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, as well as the Due Process and Effective Assistance of Counsel clauses of the Fifth and Fourteenth Amendments to the Constitution of the United States, respectfully moves this Court to adopt, in part, Co-Defendant Muhammad Salah's Initial Motion for Discovery as well as his Memorandum of Law in Support Thereof, and further sets forth his own particularized discovery requests.

1.    Defendant Ashqar adopts, in part, Co-Defendant Muhammad Salah's Initial Motion for Discovery. Specifically, Defendant Ashqar adopts Co-Defendant Salah's request numbers: 1, 2, 3(a), 3(b), 3(c), 3(d), 3(e), 3(h), 3(i), 3(j), 3(k), 4, and 5; and incorporates them by reference as if fully set forth herein.

2.    Additionally, Defendant Ashqar seeks his own particularized discovery requests. Specifically, Defendant Ashqar requests, pursuant to Fed. R. Crim P. 16(a)(1)(E)(i), all books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions thereof (collectively "materials") that are material to preparing the defense and are within the government's possession, custody, or control, including (in addition to the materials previously

requested and produced) the following:[1]

(a)     All documents evidencing requests or communication by the Government of Israel relating to Defendant Ashqar; The Al Aqsa Education Fund; The Committee for Advancement of Sciene in Palestinian Academia; and Holy Land Foundation.

(b)     All communications received by the Department of Justice for every person acting on behalf of the plaintiffs in the *Boim* v. *Quranic Literacy Institute* litigation, U.S. District Court, Northern District of Illinois, No. 00 C 2905.

(c)     All interviews conducted by the F.B.I. or any other government agency with The Al Aqsa Education Fund; The Committee for Advancement of Science in Palestinian Academia; The Holy Land Foundation; and/or any and all other Islamic fund-raising organizations.

3.      Moreover, pursuant to Fed. R. Crim P. 12, Defendant Ashqar requests that he be informed:

(a)     With respect to all evidence the government obtained relating to any of the defendants under the purported authority of the Foreign Intelligence Surveillance Act, Defendant requests (1) all applications, certifications, and other materials submitted to the Foreign Intelligence Surveillance Court in connection with any request for authority to obtain such

---

[1]Pursuant to local criminal rule 12.1, counsel for Defendant Ashqar have conferred with AUSA Ferguson by teleconference on several occasions and attended the meeting on April 8, 2005, with counsel for co-defendant Salah, referred to in Salah's Motion, p. 1, n.1. The requests contained in this motion are the items which defense counsel understand that the government declines to produce. As did Salah, counsel for Defendant Ashqar respectively request leave from this Court to file a Supplemental Motion for Discovery as to any materials, information, or documents the government has agreed to furnish, if the government, for whatever reason, fails provide such discovery. Counsel for Defendant Ashqar would also point out that they have had ongoing conversations with the government pertaining to these requests, including a telephone conference with AUSA Schar as recently as April 18, 2005. The parties are attempting to come to an agreement with regards to these specific requests. However, in light of the fact that an agreement had not been reached by the time this motion was due to be filed, Defendant includes these items in his Request for Additional Discovery.

evidence; and (2) all orders of the Foreign Intelligence Surveillance Court purporting to grant such authority.

(b)     Whether any evidence in the government's possession, custody, or control was obtained through a mail cover or trash cover, and a description of such evidence.

(c)     Whether the government employed any informant or undercover agent during its investigation of the charges against any of the defendants.

WHEREFORE, Defendant respectfully requests that this Court enter its order directing the government to disclose the requested discovery as set forth herein, and for its order granting Defendant leave to file additional motions, the need for which becomes known through the disclosure of additional discovery materials.

Respectfully submitted,

THOMAS ANTHONY DURKIN,

MARIAH E. MORAN,

MICHAEL KENNEDY, Attorneys for Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 922-8980

3