INCORRECT DOCUMENT (PDF) LINKED