# SEALED DOCUMENT

# NOT AVAILABLE

# FOR PUBLIC VIEWING